UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:25-CR- 00123 |
| | : | |
| v. | : | |
| | : | (Judge Mehalchick    ) |
| **HENRY J. WHITE, JR.**, | : | |
| **PATRICIA A. WHITE**, | : | |
| Defendants. | : | (Filed Electronically) |

### I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

At times material to this Information:

### BACKGROUND

1. Defendant HENRY J. WHITE, JR. was a resident of the District of Connecticut.

2. Defendant PATRICIA A. WHITE was a resident of the District of Connecticut.

3. Defendants HENRY J. WHITE, JR. and PATRICIA A. WHITE were siblings and resided together at a home in Old Greenwich, Connecticut.

4. State treasuries throughout the United States hold unclaimed money and properties from sources such as bank accounts, investment accounts, and insurance policies, among other sources of value. States offer ways for individuals to make claims to property, generally by submitting documentation and certifying that they, the claimants, are rightful owners of such property.

## STATUTORY ALLEGATIONS

### COUNT 1
18 U.S.C. § 371
(Conspiracy)

5. Paragraphs 1 through 4 are incorporated here.

6. From in or around 2013 until in or around 2022, in Dauphin County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**HENRY J. WHITE, JR.**, and
**PATRICIA A. WHITE**,

did knowingly conspire, confederate, and agree, together and with other persons both known and unknown to the United States, to commit offenses against the United States, that is:

By devising a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and by willfully participating in such a scheme and artifice with knowledge of its fraudulent nature, with the intent to defraud, and for the purpose of executing such scheme and artifice taking and receiving from an authorized depository or mail matter any matter or thing, in violation of 18 U.S.C. § 1341 (Mail Fraud).

## MANNER AND MEANS OF THE CONSPIRACY

7. HENRY J. WHITE, JR. and PATRICIA A. WHITE held a joint bank account at Chase Bank.

8. HENRY J. WHITE, JR. submitted false and fraudulent documents to state treasuries throughout the United States to gain access to unclaimed property.

9. HENRY J. WHITE, JR., using the names of corporate entities with which he was not affiliated and which he had no lawful authority to use, applied for and received unclaimed property from state treasuries throughout the United States.

10. State treasuries, relying on the certifications provided by HENRY J. WHITE, JR. under penalty of perjury, issued payment checks, which were generally sent by U.S. mail to the shared home address of HENRY J. WHITE, JR. and PATRICIA A. WHITE.

11. PATRICIA A. WHITE, and at times other persons, drove HENRY J. WHITE, JR. to Chase Bank in order to deposit checks obtained from state treasuries through fraudulent means. On occasion, PATRICIA A. WHITE also deposited such checks in their joint account. From there, the funds were used for various personal expenses, including mortgage payments for their shared home in Connecticut.

12. Between 2016 and 2022, HENRY J. WHITE, JR. cashed approximately $217 thousand in checks that he fraudulently obtained from state treasuries at a check cashing business located in Port Chester, New York. These checks were made payable to companies such as Computer Horizons Corp, Medical Claims Management, and Mercator Software, Inc.

13. In total, HENRY J. WHITE, JR. and PATRICIA A. WHITE, obtained and cashed approximately $1.2 million in fraudulently obtained payments for unclaimed property.

OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

14. HENRY J. WHITE, JR. deposited checks from state treasuries that he obtained through false and fraudulent means, including checks from the State of New Jersey made payable to Computer Horizons Corp. in the approximate amounts of $58,522.86 and $129,173.72 in or around August 2019 and December 2019, respectively.

15. HENRY J. WHITE, JR. deposited a check from the Commonwealth of Pennsylvania that he obtained through false and fraudulent means made payable to Tech Services International in the approximate amount of $39,395.64 in or around March 2019. The payment was issued by the Pennsylvania Treasury Department, located in Harrisburg, PA, in the Middle District of Pennsylvania.

16. PATRICIA A. WHITE deposited a check made payable to Investors Choice Securities LLC from the Commonwealth of Pennsylvania in the amount of approximately $4,991.92 in or around September 2020, when she knew that HENRY J. WHITE, JR. was unemployed and had no legitimate claim to such funds.

17. From in or around March 2021 until in or around July 2021, PATRICIA A. WHITE deposited a series of checks made payable to FDBA Assessment Systems Inc from the State of Maryland in the total amount of approximately five thousand dollars.

18. In or around, March 2022, PATRICIA A. WHITE deposited two checks from the State of Wisconsin made payable to First Health in the total amount of approximately $41,210.47.

All in violation of Title 18, United States Code, Section 371.

JOHN C. GURGANUS
Acting United States Attorney

_____    __4/28/2025_____
RAVI ROMEL SHARMA         Date
Assistant United States Attorney